No. 10-11226. Stephen R. Winn, Petitioner v. Perry Phelps, Warden, et al.

565 U.S. 873, 132 S. Ct. 230, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 7136.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-11227. Yvonne Cummins, Petitioner v. City of Yuma, Arizona, et al.

565 U.S. 873, 132 S. Ct. 230, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6654.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 410 Fed. Appx. 72.

No. 10-11228. Jose Rosario Sanchez, Petitioner v. United States.

565 U.S. 873, 132 S. Ct. 230, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6702.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 504.

No. 10-11229. Don Perkins, Petitioner v. Kenneth T. McKee, Warden.

565 U.S. 873, 132 S. Ct. 230, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6718.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 411 Fed. Appx. 822.

No. 10-11230. Alberto I. Hernandez, Petitioner v. Florida.

565 U.S. 873, 132 S. Ct. 231, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6633.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 56 So. 3d 11.

No. 10-11231. Lorinda J. H., Petitioner v. Winnebago County Department of Health and Human Services.

565 U.S. 874, 132 S. Ct. 231, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6449.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

No. 10-11232. Carl P. Glaviano, Petitioner v. Larry Denney, Warden.

565 U.S. 874, 132 S. Ct. 231, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6621.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-11233. David W. Holmes, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 874, 132 S. Ct. 231, 181 L. Ed. 2d 129, 2011 U.S. LEXIS 6685.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.